FEBRUARY 6, 1985

No. 84–1072. PEAT, MARWICK, MITCHELL & CO. v. WEST, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, ET AL. C. A. 10th Cir. Petition for writ of certiorari and other relief dismissed under this Court's Rule 53.

No. 84–5976. IN RE MAGEE. Petition for writ of habeas corpus dismissed under this Court's Rule 53.

FEBRUARY 7, 1985

No. 84–873. MONTES ET AL. v. AGOSTO, PRESIDENT OF THE SENATE OF PUERTO RICO. Sup. Ct. P. R. Certiorari dismissed under this Court's Rule 53.

FEBRUARY 8, 1985

No. A–597. CELESTINE v. BLACKBURN, WARDEN, LOUISIANA STATE PENITENTIARY. Application for stay of execution of sentence of death scheduled for Saturday, February 9, 1985, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court. JUSTICE WHITE, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would deny the application. JUSTICE POWELL took no part in the consideration or decision of this application.

FEBRUARY 12, 1985

No. 84–572. MARKGRAF ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.